CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 04 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNA CAROL LANDEL, et. al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 7:15CV00164 |
| v. ) | |
| ) | **ORDER** |
| ) | |
| SMYTH COUNTY ) | |
| COMMUNITY HOSPITAL, et. al, ) | By: Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendants. ) | |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendants' motion, Docket No. 16, is **DENIED**. The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 4th day of August, 2015.

_____
Chief United States District Judge